1148

No. 03–7483. GOLDWATER v. BALLINGER, JUDGE, SUPERIOR COURT OF ARIZONA, MARICOPA COUNTY. Ct. App. Ariz. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 03–7564. WHITE v. MACK ET AL. Ct. App. Ohio, Allen County. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. D–2356. IN RE DISBARMENT OF FREIHOFER. Disbarment entered. [For earlier order herein, see *ante*, p. 979.]

No. 03M37. VILLARREAL v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION;
No. 03M39. PINTO v. COMMISSIONER OF INTERNAL REVENUE;
No. 03M40. PERRY v. FLORIDA; and
No. 03M41. JOHNSON v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 03–7484. IN RE GEFFKEN. Petition for writ of mandamus and/or prohibition denied.

No. 03–407. KOWALSKI, JUDGE, 26TH JUDICIAL CIRCUIT COURT OF MICHIGAN, ET AL. v. TESMER ET AL. C. A. 6th Cir. Certiorari granted.

No. 03–377. KOONS BUICK PONTIAC GMC, INC. v. NIGH. C. A. 4th Cir. Motions of American Bankers Association et al. and Virginia Automobile Dealers Association et al. for leave to file briefs as *amici curiae* granted. Certiorari granted.

No. 03–271. CAVALIER TELEPHONE, LLC v. VERIZON VIRGINIA, INC. C. A. 4th Cir. Certiorari denied.